NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LISA CARTIER GIROUX
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
John.P.Burns@usdoj.gov
*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DEQUANE MOORE,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00171-JCM-VCF<br><br>**MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

COMES NOW, Lisa Cartier Giroux, Assistant United States Attorney, and pursuant to LR IA 11-6 of the Rules of the United States District Court, District of Nevada, hereby moves this Honorable Court to allow Lisa Cartier Giroux, Assistant United States Attorney, to withdraw as attorney of record.

DATED: August 26, 2019

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　NICHOLAS A. TRUTANICH
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　/s/ Lisa Cartier Giroux
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LISA CARTIER GIROUX
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEQUANE MOORE,

    Defendant.

Case No.: 2:19-cr-00171-JCM-VCF

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

    IT IS HEREBY ORDERED that LISA CARTIER GIROUX Assistant United States Attorney is withdrawn as attorney of record for the Government.

    IT IS FURTHER ORDERED that LISA CARTIER GIROUX shall be removed from the CM/ECF service list in this case.

Dated: August 26, 2019

_____
Cam Ferenbach
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED: August 26, 2019.

*/s/* Patrick Burns
_____
PATRICK BURNS
Assistant United States Attorney