# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEQUANE MOORE,<br><br>　　　　　Defendant. | 2:19-cr-00171-JCM-VCF<br>**ORDER** |

Before the court is Defendant's Motion to Suppress (ECF NO. 29).

Accordingly,

IT IS HEREBY ORDERED that an evidentiary hearing on the Defendant's Motion to Suppress (ECF NO. 29) is scheduled for 1:00 PM, January 15, 2020, in Courtroom 3D.

The U.S. Marshal is directed to transport Dequane Moore to and from the hearing.

DATED this 18th day of December, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE