RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Dequane Moore

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEQUANE MOORE,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00171-JCM-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Dequane Moore, that the Evidentiary Hearing currently scheduled on January 15, 2020 at 1:00 p.m., be vacated and continued to a date and time convenient to the Court, with the following dates offered as proposed options: January 31, 2020, February 6, 2020, February 7, 2020, February 11, 2020, or February 12, 2020.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction on previously scheduled leave the week of January 6, 2020 and has a number deadlines in other cases during the week of January 13, 2020.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 19th day of December, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Lina Mott*<br>By_____<br>LINDA MOTT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEQUANE MOORE,

    Defendant.

Case No. 2:19-cr-00171-JCM-VCF

**ORDER**

    IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Wednesday, January 15, 2020 at 1:00 p.m., be vacated and continued to February 7, 2020 at the hour of 10:00 am.; or to a time and date convenient to the court.

    DATED this 20th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE