NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Linda.J.Mott@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEQUANE MOORE,<br><br>Defendant. | Case No.: 2:19-cr-00171-JCM-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Linda Mott, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Dequane Moore, that the Evidentiary Hearing currently scheduled on February 7, 2020, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, with the following dates offered as proposed options: February 24, 2020, February 27, 2020, and February 28, 2020.

*///*

*///*

The stipulation is entered into for the following reasons:

1. Counsel for the government has a number of other deadlines in other cases in February, including a trial that first week of February, as well as subsequent suppression hearings on other cases the second and third weeks of February.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the second request for a continuance of the evidentiary hearing.

Dated this the 3rd day of February, 2020.

                                        NICHOLAS A. TRUTANICH
                                      United States Attorney

                                        */s/ Linda Mott*
                                        LINDA MOTT
                                        Assistant United States Attorney

                                        RENE L. VALLADARES
                                        Federal Public Defender

                                        */s/ Margaret W. Lambrose*
                                        MARGARET W. LAMBROSE
                                        Assistant Federal Public Defender

|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo- | |
| UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DEQUANE MOORE,

  Defendant. | | Case No.: 2:19-cr-00171-JCM-VCF

**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Friday, February 7, 2020, at 10:00 a.m. be vacated and continued to February 28, 2020 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED this 5th day of February, 2020.

The U.S. Marshal is directed to transport Dequane Moore to and from the hearing.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE